IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELIDA BELCHER, | : |
| Plaintiff, | : |
| v. | : |
| CHARTER COMMUNICATIONS (DE), INC., | : CIVIL ACTION NO. : 1:16-CV-2100-AT |
| Defendant. | : |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Planning Report and Discovery Plan form completed by the parties, ("JPRDP", Doc. 11), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as stated in JPRDP, except as modified herein:

Summary Judgment motions shall be due within thirty (30) days after the close of discovery.

**IT IS SO ORDERED** this 25th day of October, 2016.

_____
**Amy Totenberg
United States District Judge**