IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHELIDA BELCHER<br><br>　　　Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS (DE), INC.<br><br>　　　Defendant. | Civil Action File No.:<br>1:16-cv-02100-AT |

## **NOTICE OF SETTLEMENT AS TO CHARTER COMMUNICATIONS (DE), INC.**

　　　Plaintiff, Shelida Belcher, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Charter Communications (DE), Inc. ("Charter"). Plaintiff and Charter anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Charter. Accordingly, Plaintiff respectfully submits that this obviates the need for Charter to participate in the Rule 26(f) conference or make any other Court required filings prior to dismissal.[1]

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.

Respectfully submitted this 9th day of May, 2017,

         **BERRY & ASSOCIATES**

         */s/ Adam Klein*
         Adam Klein
         Georgia Bar No.: 425032
         AKlein@mattberry.com
         2751 Buford Highway, Suite 600
         Atlanta, GA 30324
         Ph. 770-766-1230
         Fax 678-383-2598

         *Plaintiff's Attorney*

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

                                        **BERRY & ASSOCIATES**

                                        */s/ Adam Klein*
                                        Adam Klein
                                        Georgia Bar No.: 425032
                                        AKlein@mattberry.com

                                        *Plaintiff's Attorney*